11 So.2d 171
**H. P. McKINNEY v. STATE.**
8 Div. 307.

Court of Appeals of Alabama.
Nov. 3, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

■

5 So.2d 849
**Lizzie McKINNEY v. STATE.**
I Div. 398.

Court of Appeals of Alabama.
Nov. 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

■

5 So.2d 850
**Cota McKINNON v. STATE.**
3 Div. 844.

Court of Appeals of Alabama.
Jan. 13, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

■

4 So.2d 923
**Howard McNATT v. STATE.**
8 Div. 200.

Court of Appeals of Alabama.
Nov. 4, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

■

5 So.2d 850
**Rheba McNATT v. STATE.**
8 Div. 201.

Court of Appeals of Alabama.
Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.